```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 04404
   RODERIC J WALKER II
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7802


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was not confirmed.

     The case was dismissed without confirmation 05/12/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         1069.15            .00            .00
PREMIER BANKCARD           UNSECURED          594.93            .00            .00
CHASE                      UNSECURED       NOT FILED            .00            .00
HSBC BANK                  UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00             .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE   2800.00              .00            .00
INDYMAC BANK               CURRENT MORTG        .00             .00            .00
INDYMAC BANK               MORTGAGE ARRE  39351.59              .00            .00
INDYMAC BANK               NOTICE ONLY    NOT FILED             .00            .00
INDYMACK BANK              NOTICE ONLY    NOT FILED             .00            .00
CHASE MANHATTAN MORTGAGE   UNSECURED      70951.56              .00            .00
PHILIP A IGOE              DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                           900.00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  900.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 900.00
                       ---------------    ---------------
TOTALS                   900.00                900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 04404 RODERIC J WALKER II